**Motions Granted, April 6, 2012 Order Withdrawn, and Order filed April 26, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00121-CV
_____

**AGBOLADE O. ODUTAYO, Appellant**

**V.**

**JASPER EMERGENCY MEDICINE ASSOCIATES, P.A. and
THE SCHUMACHER GROUP OF TEXAS, INC., Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2011-01829**

## O R D E R

This is an appeal from two orders granting summary judgment signed August 1, 2011, and January 5, 2012. The clerk's record was filed February 22, 2012. A reporter's record from the hearing on appellant's motion for new trial was filed March 27, 2012, by a substitute court reporter, Marijane Stomberg. Appellant has notified this court in his docketing statement that the official court reporter, Gina Wilburn, had reported this case. Accordingly, on April 6, 2012, this court ordered Gina Wilburn to file the record in this case. On April 10, 2012, Gina Wilburn advised this court that she did not report this case

and that the only record was reported by Marijane Stomberg. Accordingly, we **WITHDRAW** the court's order issued April 6, 2012, for Gina Wilburn to file the reporter's record. Our appellate record is complete and appellant's brief is due 30 days after the record was filed.

On April 23, 2012, appellant filed an unopposed motion to substitute counsel Lee Van Richardson, Jr. for Anna Goodwin Benn. The motion is **GRANTED.** Appellant also requested a 30-day extension of time to file his brief. The motion is **GRANTED.** Appellant's brief shall be due on or before **May 29, 2012.**

PER CURIAM